**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-09-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | |
| **JAMIE MARIE NELLIS,** | **ORDER** |
| **Defendant.** | |

---

The United States has requested that the Court unseal the case and indictment because the defendant was arrested and has appeared in the District of Oregon. Therefore, for good cause shown, IT IS HEREBY ORDERED that the case and indictment filed on March 7, 2019, for defendant Jamie Marie Nellis are UNSEALED.

DATED this 7th day of May 2019.

John Johnston
United States Magistrate Judge