# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-09-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | |
| **JAMIE MARIE NELLIS,** | **ORDER** |
| **Defendant.** | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that, in accordance with Rule 20 of the Federal Rules of Criminal Procedure, this case and all pleadings in it be transferred to the District of Oregon for all further proceedings.

IT IS FURTHER ORDERED that the Clerk of Court send the file for this case, or a certified copy, to the Clerk of Court for the District of Oregon.

DATED this 28th day of June 2019.

Brian Morris
United States District Court Judge